AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of California

FILED
Apr 21 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| SAMAJ DONTE MOORE, | ) | Case No. 4:20-mj-70472-MAG |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **March 10, 2020** in the county of **Alameda** in the **Northern** District of **California**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of Ammunition |
| | Maximum Penalties: 10 years' imprisonment; $250,000 fine; 3 years' supervised release; forfeiture; mandatory $100 special assessment. |

This criminal complaint is based on these facts:

Please see attached affidavit of ATF Task Force Officer Enrique Lara in support of the Criminal Complaint.

(approved as to form  *SSB*  AUSA Samantha Schott Bennett)

☑ Continued on the attached sheet.

*/s/ Enrique Lara*
Complainant's signature

Enrique Lara, Task Force Officer, ATF
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed.R.Crim.P 4.1 and 4(d).

Date: 04/21/2020

*Kandis Westmore*
Judge's signature

City and state: Oakland, California
Hon. Kandis A. Westmore, US Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Enrique Lara, a Task Force Officer with the United States Bureau of Alcohol, Tobacco, Firearms and Explosives, being duly sworn, state:

**I. INTRODUCTION**

1.   I am a Task Force Officer (TFO) with the United States Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have so been employed since April of 2016. As such, I am an investigator and law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7). Prior to my current assignment with the ATF, I have been a Police Officer with the Oakland Police Department since December 2002. I am presently assigned to the ATF Oakland Field Office in Oakland, California. I was trained as an Oakland Police Officer at the Oakland Police Department Academy in Oakland, California.

2.   As a TFO and an Oakland Police Officer, I have conducted and participated in both state and federal investigations involving the trafficking of firearms and distribution of controlled substances. I have investigated and assisted in the prosecution of criminal street gangs engaged in illegal narcotics and firearms trafficking. During these investigations, I have participated in various types of investigative techniques, including electronic surveillance; undercover agents and informants; and controlled purchases of firearms and narcotics from suspects. I have participated in physical surveillance operations and have participated in the execution of state and federal arrest warrants and search warrants. In addition to utilizing the aforementioned investigative techniques, I have been required during these investigations to analyze information resulting from traditional record searches, pen registers and trap and trace devices, financial records, utility records, and telephone toll and subscriber records. I have interviewed numerous members and former members of gangs, as well as conferred with other law enforcement officers about: the slang, codes, symbols, graffiti, and dress of gang members; gang members' use of telephones, e-mail, and other methods of communication to conduct their criminal activities; gang members' use of false and fictitious identities to thwart law enforcement investigation of their activities.

3. I respectfully submit this Affidavit in support of a Criminal Complaint charging Samaj Donte MOORE ("MOORE") with being a felon in possession of ammunition, in violation of 18 U.S.C. § 922(g)(1).

4. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant of MOORE, I have not included every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause to believe that, on or about March 10, 2020, in the Northern District of California, MOORE possessed ammunition in violation of 18 U.S.C. § 922(g)(1).

5. Where statements made by other individuals are referenced in this Affidavit, such statements are described in sum and substance and in relevant parts only. Similarly, where information contained in reports and other documents or records are referenced in this Affidavit, such information is also described in sum and substance and in relevant part only.

## II. FACTS ESTABLISHING PROBABLE CAUSE

6. I have reviewed certified conviction records from the Alameda County Superior Court for MOORE, as well as Oakland Police Department (OPD) reports relating to the arrest of MOORE on April 2, 2004. I learned that on or about March 25, 2004, MOORE approached a man on 9th Street in West Oakland. The man told police that MOORE pointed a chrome revolver at him and demanded money. When the man turned and tried to run away, MOORE shot him twice in the back. The victim required surgery for his injuries. MOORE was identified by witnesses and admitted to shooting the victim. MOORE was arrested and on June 6, 2004, MOORE was charged with Attempted Second Degree Robbery, in violation of California Penal Code § 211, with the additional clauses of intentionally discharging a firearm to cause great bodily injury, and inflicting great bodily injury. On February 7, 2005, MOORE pleaded guilty to Assault with a Firearm on a Person, in violation of California Penal Code § 245(a)(2). On March 25, 2005, MOORE was sentenced to four (4) years' imprisonment for the charge, with a consecutive ten (10) year term of imprisonment for using a firearm in the commission of a felony, for a total sentence of 14 years' imprisonment. MOORE was released to parole on or about February 4, 2018.

2

7. MOORE is known to OPD to be a validated member of the Acorn gang based in West Oakland.[1] I have reviewed records from the California Department of Corrections and Rehabilitation, Division of Parole Operations, relating to MOORE's parole, including photographs of MOORE which were taken on February 5, 2018. I observed that MOORE has a tattoo on his left arm of the word "Acorn," and a tattoo on his right arm of an acorn, which I know to be symbols of Acorn membership.

 

8. I have reviewed OPD reports relating to the arrest of MOORE on March 10, 2020. On that date, OPD officers conducted surveillance in the vicinity of the funeral of Deonta Simmons at a mortuary on International Boulevard in Oakland, California, in the Northern District of California. Simmons was known to OPD as a member of the Acorn gang, who was murdered in Stockton, California, on February 22, 2020.

---

[1] Based on my training and experience with the OPD and ATF, I know that Acorn is a street gang that formed in Oakland, California in the 1980s, whose members engage in assaults, drug distribution, robbery, and other criminal acts for financial profit of its members and to promote respect for and fear of the gang. Acorn claims as its territory the West Oakland neighborhood in and around the Acorn Redevelopment Project Area from which the gang's name derives.

9. On March 10, 2020, while conducting surveillance in the vicinity of the mortuary, OPD Officer Robert Rodriguez observed MOORE standing by himself outside of the mortuary. Officer Rodriguez observed MOORE's shirt lift as he stood outside the funeral home. While MOORE's shirt was raised, Officer Rodriguez observed the frame of a pistol concealed beneath MOORE's waistband. Officer Rodriguez radioed to other OPD officers in the area as MOORE walked down International Boulevard.

10. OPD Officer Ghazi located MOORE inside of a restaurant approximately two blocks away from the funeral home. Officer Ghazi stopped MOORE and recovered a black semi-automatic pistol from MOORE's waistband. Officer Ghazi handed the pistol to Officer Urbina who observed that the firearm was loaded, with one round in the chamber and more in the magazine.

11. I have examined the pistol and ammunition recovered from MOORE, and have provided images of the firearm and ammunition to interstate nexus expert Special Agent Andrew Balady of the Bureau of Alcohol, Tobacco, Firearms, and Explosives. Agent Balady advised that the firearm appears to have been constructed using a Polymer80 plastic lower receiver, and the upper receiver from another firearm. This is what is commonly referred to as a "ghost gun," because it does not have a valid serial number and is effectively untraceable.

 

4

12. I observed that the firearm had been loaded with at least eight rounds of Federal .40 S&W ammunition, including the one round in the chamber observed by Officer Urbina. I am advised by Agent Balady that Federal ammunition is manufactured in the state of Minnesota.

 

13. Based on the above, I believe the eight rounds of Federal .40 S&W ammunition were shipped or transported from one state to another or between a foreign nation and the United States in order to arrive in California.

### III. CONCLUSION

14. Based on the information set forth in the paragraphs above, I submit that there is probable cause to believe that on or about March 10, 2020, in the Northern District of California, Samaj Donte MOORE knowingly possessed ammunition, knowing he had previously been convicted of a crime punishable by a term exceeding one year in prison, in violation of 18 U.S.C. § 922(g)(1). Accordingly, based upon the foregoing, I respectfully request that the Court sign the requested criminal complaint and issue the requested arrest warrant.

//
//
//

5

15. I declare under penalty of perjury that the statements above are true and correct to the best of my knowledge and belief.

/s/ *Enrique Lara*
Enrique Lara
Task Force Officer
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me over the telephone and signed by me pursuant to Fed.R.Crim.P. 4.1 and 4(d) this 21st day of April, 2020.

HONORABLE KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE

6