1  STEVEN G. KALAR
   Federal Public Defender
2  Northern District of California
   HANNI M. FAKHOURY
3  Assistant Federal Public Defender
   13th Floor Federal Building – Suite 1350N
4  1301 Clay Street
   Oakland, CA 94612
5  Telephone:  (510) 637-3500
   Facsimile:   (510) 637-3507
6  Email:       Hanni_Fakhoury@fd.org

7

8  Attorneys for SAMAJ MOORE

9

10                     IN THE UNITED STATES DISTRICT COURT

11                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                                  OAKLAND DIVISION

13

| UNITED STATES OF AMERICA, | **Case No.:** CR 20-187-HSG |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER VACATING STATUS HEARING, SETTING CONSOLIDATED PLEA AND SENTENCING HEARING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| SAMAJ MOORE | |
| Defendant. | |
| | **Court:** Courtroom 2, 4th Floor |
| | **Hearing Date:** June 8, 2020 |
| | **Hearing Time:** 2:00 p.m. |

Mr. Moore is charged with being a felon in possession of ammunition, in violation of 18 U.S.C. § 922(g)(1). *See* Dkt. 1, 6. He is in custody. A status hearing is currently set for June 8, 2020. *See* Dkt. 10. Mr. Moore intends to enter an open guilty plea without a plea agreement with the government. The parties thus request this Court vacate the status conference set for June 8, 2020, and set a consolidated change of plea and sentencing hearing on August 10, 2020 at 2:00 p.m. Mr. Moore will file a Consent to Institute a Presentence Investigation and Disclose the Report Before Conviction or Plea of Guilty form as soon as possible.

1  The parties also request this Court exclude time under the Speedy Trial Act, between May 21,
2  2020 and August 10, 2020. Time should be excluded for effective preparation of counsel under 18
3  U.S.C. § 3161(h)(7)(A) and (B)(iv), as defense counsel continues to investigate the case, review the
4  evidence, consult with his client to the best of his ability given the current shelter in place restrictions
5  and the limitations on visiting in custody defendants, and prepare for Mr. Moore's guilty plea and
6  sentencing.

IT IS SO STIPULATED.

Dated:   May 21, 2020                         STEVEN G. KALAR
                                              Federal Public Defender
                                              Northern District of California

                                                      /S
                                              HANNI M. FAKHOURY
                                              Assistant Federal Public Defender

Dated:   May 21, 2020                         DAVID L. ANDERSON
                                              United States Attorney
                                              Northern District of California

                                                      /S
                                              SAMANTHA SCHOTT BENNETT
                                              Assistant United States Attorney

## [PROPOSED] ORDER

Based on the reasons provided in the stipulation of the parties above, the finds:

1. The defendant and defense counsel need additional time to review discovery and discuss the case and the evidence, as well as prepare for a change of plea and sentencing hearing. Further, defense counsel's ability to meet with the client and review discovery may be constrained by shelter-in-place and quarantines;

2. These tasks are necessary for the defense preparation of the case and the failure to grant the requested continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and

3. The ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial.

Based on these findings, **IT IS HEREBY ORDERED**

1. The status hearing set for June 8, 2020 at 2:00 p.m. before this Court is vacated;

2. A consolidated change of plea and sentencing hearing is scheduled for August 10, 2020 at 2:00 p.m.; and

3. Time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), from May 21, 2020 through August 10, 2020.

**IT IS SO ORDERED.**

DATED: 5/22/20

HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge